**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| DORNA SPORTS, S.L.,<br><br>      Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>      Defendants. | Case No. 23-cv-3410<br><br>Judge John J. Tharp, Jr. |

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff DORNA SPORTS, S.L. ("Dorna") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Dorna having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Dorna having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that Dorna has provided a basis to conclude that Defaulting Defendants have sold products using infringing and counterfeit versions of Dorna's federally registered trademarks, which are protected by U.S. Trademark Registration Nos. 2,947,076; 3,508,867 3,512,835; 4,423,485; 4,381,707; 4,541,007; 5,393,530 and 5,543,234 (the "MOTOGP Trademarks").

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Dorna's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1.   Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

     a.   using the MOTOGP Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Dorna product or not authorized by Dorna to be sold in connection with the MOTOGP Trademarks;

2

b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Dorna product or any other product produced by Dorna, that is not Dorna's or not produced under the authorization, control, or supervision of Dorna and approved by Dorna for sale under the MOTOGP Trademarks;

c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Dorna, or are sponsored by, approved by, or otherwise connected with Dorna; and

d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Dorna, nor authorized by Dorna to be sold or offered for sale, and which bear any of Dorna's trademarks, including the MOTOGP Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2.  Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the MOTOGP Trademarks ; and

3

    b.  operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the MOTOGP Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Dorna product or not authorized by Dorna to be sold in connection with the MOTOGP Trademarks.

3.    Upon Dorna's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the MOTOGP Trademarks.

4.    Pursuant to 15 U.S.C. § 1117(c)(2), Dorna is awarded statutory damages from each of the Defaulting Defendants in the amount of $75,000 for willful use of counterfeit MOTOGP Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5.    Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.    All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held

by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Dorna as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Dorna the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.    Until Dorna has recovered full payment of monies owed to it by any Defaulting Defendant, Dorna shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.    In the event that Dorna identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Dorna may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

9.    The two-hundred-and-fifty-thousand-dollar ($250,000) surety bond posted by Dorna is hereby released to Dorna or its counsel, Michael A. Hierl of Hughes Socol Piers Resnick & Dym, Ltd. at Three First National Plaza, 70 W. Madison Street, Suite 4000, Chicago, IL 60602, plus any accrued interest. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Dorna or its counsel plus any accrued interest.

This is a Default Judgment.

Date: February 21, 2024

John J. Tharp, Jr.
United States District Judge

5

# Schedule A

| No. | Defendant Name / Alias |
|-----|------------------------|
| 5 | 6x0_lfr73 |
| 6 | 8pc47n60 |
| 7 | DennisLuttrell |
| 8 | FUcyang9843 |
| 9 | GaocailY |
| 10 | KanjigoubikL |
| 11 | LiaolinsuibP |
| 12 | xhgloves |
| 13 | XieyanlinrPn |
| 14 | XIUHONGYANG75 |
| 15 | zhangcaiyu1235 |
| 16 | Birol Akcay VG |
| 17 | DuyShop Store |
| 18 | Kılıc Store |
| 19 | MAIMINIVA |
| 20 | TÚNGTORE |
| 21 | b3nj Store |
| 22 | h151 Store |
| 23 | oxgc Store |
| 24 | wl6j Store |
| 25 | 565896can |
| 26 | ekinyangyiwei |
| 27 | mn_online |
| 28 | quanzhengdian |
| 29 | vqrb1198 |
| 30 | wwm-store |
| 31 | yuhua_carmodel |
| 32 | Fangnuo Hardware Processing Shop |
| 33 | Anderson dad4 |
| 34 | chaotianpeng91303 |
| 35 | contextlill |
| 36 | dengjie fashion |
| 37 | Doris Shopping |
| 38 | Emily maker |
| 39 | Fashionfashionfly |
| 40 | haiying fashion |
| 41 | Hao hat monopoly |
| 42 | JinZhuang |
| 44 | LIUJUNYING122 |
| 45 | LIURENTIAN |
| 46 | LIXICHU066 |

| 47 | Madison |
|----|---------|
| 49 | moyudushang |
| 50 | OMGXE |
| 51 | piiziwiiqsmmb |
| 52 | poqssf |
| 53 | qianqianwapu |
| 54 | qq_200815@163.com |
| 55 | qs_snow |
| 56 | Trigger next week |
| 57 | tygtyyu supper-market |
| 58 | Unjktghak |
| 59 | unterdruecken |
| 60 | wangcaihua fashion |
| 61 | Xpress Share |
| 62 | yanghuan009 |
| 63 | yu_100516@163.com |
| 65 | dewen-poster |
| 66 | KHANH MINI VA |
| 67 | Loafer poster shop |
| 68 | Love International Poster Shop |
| 69 | niuge1688889 |
| 71 | shnn shipp |
| 72 | TARAKING |
| 73 | tianqishangpu168 |
| 75 | yuhangdexiaodian |
| 77 | a7fg Store |
| 78 | ajpq Store |
| 79 | avkb Store |
| 80 | b4rz Store |
| 81 | b7ku Store |
| 82 | backpacks68 Store |
| 83 | bbuw Store |
| 84 | binj Store |
| 86 | bomq Store |
| 87 | cipj Store |
| 88 | crv2 Store |
| 89 | cywg Store |
| 90 | d1fs Store |
| 91 | d65j Store |
| 92 | dacx Store |
| 93 | dmjq Store |
| 94 | dold Store |
| 95 | dsoz Store |
| 96 | dvrh Store |
| 97 | dzvo Store |

| 98 | egix Store |
|-----|------------|
| 99 | egqv Store |
| 100 | elnl Store |
| 101 | ena5 Store |
| 102 | ez1b Store |
| 103 | fkc2 Store |
| 104 | fmx8 Store |
| 105 | fnwk Store |
| 106 | fou2 Store |
| 107 | fqxt Store |
| 108 | ftyg Store |
| 109 | fzctb5 Store |
| 110 | fzctj2 Store |
| 111 | fzctl2 Store |
| 112 | fzctq2 Store |
| 113 | fzctq3 Store |
| 114 | fzctq66 Store |
| 115 | fzctq8 Store |
| 116 | g7fc Store |
| 117 | gabg Store |
| 118 | gc1i Store |
| 120 | gfmr Store |
| 121 | gk3u Store |
| 122 | glks Store |
| 123 | gob2 Store |
| 124 | grab Store |
| 125 | gu09 Store |
| 126 | gxdf Store |
| 127 | gxwz Store |
| 128 | gyl5 Store |
| 129 | gzwi Store |
| 131 | honglongele04 Store |
| 132 | hqf4 Store |
| 133 | i8zn Store |
| 134 | iism Store |
| 136 | ioo0 Store |
| 137 | ivxt Store |
| 138 | jauh Store |
| 139 | jekr Store |
| 140 | jersey665708 Store |
| 141 | jjhp Store |
| 142 | jrdx Store |
| 143 | jsbv Store |
| 144 | judydoll Store |
| 145 | jvvz Store |

| 146 | kbd3 Store |
| 149 | lbsc Store |
| 150 | ldqk Store |
| 153 | lmooj Store |
| 154 | lp01 Store |
| 155 | lpx9 Store |
| 156 | lqvlj Store |
| 157 | m2r0 Store |
| 158 | m6uw Store |
| 159 | m8c4 Store |
| 160 | meidala Store |
| 161 | mfhy Store |
| 162 | mm8n Store |
| 163 | mo60 Store |
| 164 | mo6z Store |
| 165 | netm Store |
| 166 | nincheng Store |
| 167 | nmmn Store |
| 168 | nokg Store |
| 169 | nufd Store |
| 170 | nyfly Store |
| 171 | offschromb Store |
| 172 | omkc Store |
| 173 | ooyi Store |
| 174 | p8xs Store |
| 175 | paiyueele07 Store |
| 176 | parts4bike ltd Store |
| 177 | pcngarden Store |
| 178 | pddo Store |
| 179 | plhg Store |
| 180 | plul Store |
| 181 | pm8c Store |
| 182 | psat Store |
| 183 | psz3 Store |
| 184 | qlzd Store |
| 185 | quso Store |
| 186 | qw8a Store |
| 188 | rdqo Store |
| 189 | ridingcar Store |
| 190 | rqwc Store |
| 191 | rv09 Store |
| 192 | rzkv Store |
| 193 | sfr8 Store |
| 195 | smgm Store |
| 196 | ssak Store |

| | |
|---|---|
| 197 | stpf Store |
| 198 | sunana Store |
| 199 | sxyj Store |
| 200 | tikok Store |
| 201 | tlht Store |
| 202 | tncb Store |
| 203 | truststore2021 Store |
| 204 | txeu Store |
| 205 | tygv Store |
| 206 | u3ft Store |
| 207 | udoi Store |
| 208 | ujch Store |
| 209 | uxy6 Store |
| 210 | v5x6 Store |
| 211 | vfbk Store |
| 213 | vk1d Store |
| 214 | vkgzd5800ug Store |
| 215 | vlqn Store |
| 216 | whku Store |
| 218 | wkgn Store |
| 219 | womg Store |
| 220 | wtfx Store |
| 221 | wxhx Store |
| 222 | xrh2 Store |
| 223 | y9tm Store |
| 224 | yape Store |
| 225 | ydcl Store |
| 226 | 91140100MA0LT6NU2A |
| 227 | 91140100MA0LT7WL92 |
| 228 | 91460000MABY06TQ1N |
| 229 | All Birds Hip Hop Hat |
| 230 | Big Step Cases |
| 231 | Boioprt Shirts |
| 232 | cool toy |
| 233 | fujianjia |
| 234 | hat 1002 |
| 235 | SenSongDecal |
| 236 | tiantian01 |
| 237 | wujiang1 |
| 238 | xuhaijian02 |
| 240 | Jinsulai |
| 243 | LLL |
| 244 | MTF |
| 245 | SCZ |
| 246 | SSB |

| 247 | WCJ |
|-----|-----|
| 248 | WR |
| 249 | XHM |
| 250 | YILIDA STORE |